UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS DIMAIO,

                Plaintiff,

         -against-

TOWN OF NORTH SALEM, et al.,

                Defendants.

**ORDER**

26-CV-02799 (PMH)

PHILIP M. HALPERN, United States District Judge:

On May 8, 2026, Plaintiff filed a letter requesting leave to file a motion to disqualify Abrams Fensterman, LLP as counsel for Defendants. (Doc. 16, the "Letter Motion"). On May 15, 2026, Defendants filed a response to Plaintiff's Letter Motion, opposing Plaintiff's requested relief. (Doc. 19, "Opposition"). Plaintiff filed reply with the Court's leave (Doc. 23), and the Court scheduled a premotion conference concerning Plaintiff's Letter Motion for June 9, 2026 at 11:00 a.m. (*see* Doc. 21).[1]

Upon review of the Parties' respective filings, the Court directs the following: i) Defendants shall, no later than **June 5, 2026 by 5:00 p.m.**, supplement their Opposition by filing an affidavit by an individual with personal knowledge as to the "measures" Abrams Fensterman, LLP have taken "to ensure that Ms. Desmond is screened from any matters involving Mr. Dimaio," as detailed in their Opposition (Doc. 19 at 2 n.1).

**SO ORDERED:**

Dated:   White Plains, New York
         June 3, 2026

PHILIP M. HALPERN
United States District Judge

---

[1] The Parties are reminded that the Court reserves the right to construe the Parties' respective submissions as the motion itself, and rule on the papers without the need for full briefing. *See In re Best Payphones, Inc.*, 450 F. App'x 8, 15 (2d Cir. 2011).